VANDAGRIFT *v.* TATE and Wife.—In error.

*Friday, December 2.*

IN a suit before a justice of the peace, a bond with condition, which appears upon its face to have been executed between the parties to the suit, may be filed as the cause of action, without an assignment of breaches. *Evans* v. *Shoemaker*, 2 Blackf. 237.

But a note payable to a woman, who is one of the two plaintiffs in a suit, is not a sufficient statement of the cause of action, without an averment of her marriage with her co-plaintiff.